UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHARLES SUMNER SCOTT, IV, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 19-12552-LTS |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

JUDGMENT

February 25, 2021

SOROKIN, J.

In accordance with the Court's Memorandum and Order (Doc. No. 25) dated February 25, 2021, allowing in part and denying in part the plaintiff's motion to reverse and allowing in part and denying in part the Commissioner's motion to affirm, this matter is REMANDED to the agency for further proceedings consistent with the Court's Memorandum and Order, and the case in this Court is closed.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge